UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| BLACK MAGIC, LLC d/b/a BLACK MAGIC CAFE, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE HARTFORD FINANCIAL SERVICES GROUP, INC.; HARTFORD FIRE INSURANCE COMPANY; and TWIN CITY FIRE INSURANCE COMPANY,<br><br>    Defendants. | C/A No.: 2:20-cv-1743-BHH<br><br>**RESPONSE TO TWIN CITY FIRE INSURANCE COMPANY'S MOTION TO DISMISS NATIONWIDE CLASS ACTION CLAIMS** |

  Plaintiff Black Magic, LLC d/b/a Black Magic Café, on behalf of itself and all others similarly situated, ("Black Magic") hereby responds to Defendant Twin City Fire Insurance Company's ("Twin City") Motion to Dismiss Nationwide Class Action Claims. [Dkt. No. 16].

  Black Magic consents to narrowing the scope of its proposed class to a South Carolina, state-wide class at this time. Black Magic's eventual Motion for Class Certification will be limited to a South Carolina, state-wide class. Black Magic anticipates filing a Motion to Amend the Amended Complaint of record to similarly narrow the proposed class to a South Carolina, state-wide class.

  Except as expressly stated herein, nothing contained herein shall be deemed to constitute a waiver of any kind regarding Black Magic's or the putative class's claims, interests, or rights regarding the matters at issue in this litigation.

**[SIGNATURE BLOCK APPEARS ON NEXT PAGE]**

Respectfully submitted,

**McCULLOUGH KHAN, LLC**

s/Ross A. Appel
Clayton B. McCullough, Fed. Bar # 7120
Ross A. Appel, Fed. Bar # 11434
359 King Street, Suite 200
Charleston, SC 29401
(843) 937-0400
(843) 937-0706 (fax)
clay@mklawsc.com
ross@mklawsc.com

ATTORNEYS FOR PLAINTIFF

July 28, 2020
Charleston, South Carolina