*Without Prejudice*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| FANCY THAT! BISTRO & CATERING, LLC, | ) ) ) | Case No. 3:20-2382-BHH |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER GRANTING PLAINTIFFS'** |
| SENTINEL INSURANCE COMPANY, LIMITED AND THE HARTFORD FINANCIAL SERVICES GROUP, INC. d/b/a THE HARTFORD, | ) ) ) ) ) | **MOTION TO FILE CONSOLIDATED CLASS ACTION COMPLAINT** |
| Defendants. | ) ) | |
| BLACK MAGIC, LLC d/b/a BLACK MAGIC CAFÉ, | ) ) ) | Case No. 2:20-1743-BHH |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| THE HARTFORD FINANCIAL SERVICES GROUP, INC. and TWIN CITY FIRE INSURANCE COMPANY, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**THIS MATTER** came before the Court on Plaintiffs' Motion to File Consolidated Class Action Complaint. The Court denied a previous motion to consolidate these two actions without prejudice on grounds that "the advantages, in terms of judicial economy, that could be gained by consolidation would not be adequately realized without the filing of a Consolidated Class Action Complaint." *See* Order, *Black Magic, LLC v. The Hartford Financial Services Group, Inc., et al.*, No. 2:20-1743-BHH (D.S.C. Oct. 14, 2021), ECF No. 36. The Court explained that "if Plaintiffs

1

*Without Prejudice*

are prepared to file a Consolidated Class Action Complaint, they will be permitted to renew their request for consolidation." *Id.*

Plaintiffs have now moved for an order permitting the filing of a Consolidated Class Action Complaint. Having considered the Plaintiffs' Motion and Memorandum in support thereof, and noting that Defendants do not oppose permitting Plaintiffs to file their proposed Consolidated Class Action Complaint,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs' Motion is GRANTED and it is further ORDERED that:

1. No later than 7 business days after this Order is entered, Plaintiffs shall file the proposed Consolidated Class Action Complaint as an amended complaint in both actions;

2. Upon the filing of the Consolidated Class Action Complaint, the actions will be consolidated under Rule 42(a)(2) of the Federal Rules of Civil Procedure for purposes of further proceedings;

3. *Black Magic, LLC v. The Hartford Financial Services Group, Inc., et al.*, No. 2:20-1743-BHH, shall be designated the lead action following consolidation, and all future filings in either case shall be made in that action; and

4. Defendants may file a consolidated response to the Consolidated Class Action Complaint no later than 30 days after the matters are consolidated.

**IT IS SO ORDERED.**

                                              s/ Bruce Howe Hendricks
                                              United States District Judge

January 7, 2022
Charleston, South Carolina