AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Black Magic LLC, *d/b/a Black Magic Cafe*, Fancy That! Bistro & Catering LLC, <br> *Plaintiff* <br> v. <br> Twin City Fire Insurance Company and Sentinel Insurance Company Limited, <br> *Defendant(s)* | ) ) ) ) ) ) )  Civil Action No.  2:20-cv-01743-BHH <br> 3:20-cv-02382-BHH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other:  Plaintiffs, Black Magic LLC, *d/b/a Black Magic Cafe*, Fancy That! Bistro & Catering LLC, shall take nothing of Defendants, Twin City Fire Insurance Company and Sentinel Insurance Company Limited, as to the complaint filed pursuant to 28 U.S.C. § 1332 and this action is dismissed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding. The Court having granted Defendants' motion for summary judgment .

Date:  September 13, 2022                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                            s/H.Cornwell
                                                    _____
                                                    *Signature of Clerk or Deputy Clerk*